AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Kevin J. Rogers
Abigale J. Traxler

v.

AmRent, Inc.

Case No. 1:17-cv-00063
Hon. Gordon J. Quist

TO: AmRent, Inc.
ADDRESS: c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Theodore J. Westbrook (P70834)
Westbrook Law PLLC
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546

CLERK OF COURT



By: Deputy Clerk        1/19/2017
                        Date

## PROOF OF SERVICE

This summons for __AmRent, Inc.__ (name of individual and title, if any) was received by me on __1/19/2017__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on __Corporation Services Company__ (name of individual), who is designated by law to accept service of process on behalf of __AmRent, Inc.__ (name of organization) on __1/23/2017__ (date).

☐ I returned the summons unexecuted because _____

☒ Other (specify): __via certified mail, return receipt requested (attached)__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.

Date: __1/26/2017__

Server's signature

__Theodore J. Westbrook, attorney__
Server's printed name and title

__6140 28th St. SE, Suite 115, Grand Rapids, MI 49546__
Server's address

Additional information regarding attempted service, etc.:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   AmRent Inc.
   c/o Corporation Services Co.
   50 West Broad St. Ste 1330
   Columbus, OH 43215

   9590 9402 2135 6132 1066 86

2. Article Number (Transfer from service label)

   7015 1520 0001 8667 8694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

RECEIVED
Corporation Services Company

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JAN 18 2017

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   By
   Deanne E. Schausell
   Agent

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ 2.70
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery   $ _____

Postage
$ 1.36

Total Postage and Fees
$

Sent To AmRent Inc.
Street and Apt. No., or PO Box No. 50 WEST BROAD ST, STE 1330
City, State, ZIP+4® COLUMBUS, OH 43215

Postmark: GRAND RAPIDS, MI 49546 JAN 18 2017 CPU 1573

7015 1520 0001 8667 8694

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions