UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN J. ROGERS and ABIGALE J. TRAXLER,<br><br>　　Plaintiffs,<br><br>v.<br><br>AMRENT, INC.<br><br>　　Defendant. | Case No. 1:17-cv-00063<br><br>Hon. Gordon J. Quist |

Theodore J. Westbrook (P70834)
**Westbrook Law PLLC**
Attorney for Plaintiffs
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546
(616) 288-9548
twestbrook@westbrook-law.net

## NOTICE OF DISMISSAL WITH PREJUDICE

　　Plaintiffs Kevin J. Rogers and Abigale J. Traxler hereby give notice of dismissal of their claims against Defendant AmRent, Inc., with prejudice, and with all parties bearing their own costs and attorney fees.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 13, 2017　　　　　　　　　　　/s/Theodore J. Westbrook
　　　　　　　　　　　　　　　　　　　　　　Theodore J. Westbrook (P70834)
　　　　　　　　　　　　　　　　　　　　　　**Westbrook Law PLLC**
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　6140 28th St. SE, Suite 115

Grand Rapids, MI 49546
(616) 288-9548
twestbrook@westbrook-law.net

2